Certificate Number: 17572-PAM-DE-037350402

Bankruptcy Case Number: 23-00724


17572-PAM-DE-037350402

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 16, 2023, at 3:55 o'clock PM PDT, EDWARD J SOSNOSKI III completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  April 16, 2023        By:  /s/Kelly Faulks

                             Name:  Kelly Faulks

                             Title:  Counselor