In re:  
Edward J. Sosnoski, III  
    Debtor

Case No. 23-00724-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: admin      Page 1 of 2  
Date Rcvd: Jul 07, 2023      Form ID: 318      Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Edward J. Sosnoski, III, 129 N Walnut St, Mount Carmel, PA 17851-1631 |
| 5531787 | + | Boscov's c/o Comenity Bank, Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5531789 | + | Capital One, N.A., c/o Ratchford Law Group, 54 Glenmaura National Blvd Ste 104, Moosic, PA 18507-2161 |
| 5531790 | | Citibank c/o Weltman & Weinberg, 5000 Bradenton Ave Ste 100, Dublin, OH 43017-3574 |
| 5531792 | | First Bank & Trust MercuryCard, c/o Portfolio Recovery, PO Box 12903, Norfolk, VA 23541-0903 |
| 5531785 | + | Garrigan & Targonski, 112 E Independence St, Shamokin, PA 17872-6898 |
| 5531784 | | Sosnoski Edward J III, 129 N Walnut St, Mount Carmel, PA 17851-1631 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5533231 | | EDI: ATLASACQU | Jul 07 2023 22:41:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5531786 | | EDI: PRA.COM | Jul 07 2023 22:41:00 | Barclays Card c/o Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |
| 5531788 | ^ | MEBN | Jul 07 2023 18:38:31 | Capital One Bank USA, c/o MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5531791 | + | Email/Text: cms-bk@cms-collect.com | Jul 07 2023 18:41:00 | Discover Card c/o Capital Mgmt Service, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 5531793 | | Email/Text: bknotices@fbcs-inc.com | Jul 07 2023 18:41:00 | Home Depot c/o FBCS Inc., 330 S Warminster Rd Ste 353, Hatboro, PA 19040-3433 |
| 5531794 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 07 2023 18:41:00 | Newrez, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 5531795 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2023 18:41:00 | Sportsman Guide Card/Comenity Bank, c/o Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 5531796 | | Email/Text: bknotice@ercbpo.com | Jul 07 2023 18:41:00 | Target c/o ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 5531797 | | EDI: WFFC2 | Jul 07 2023 22:41:00 | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas |

Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023　　　　　　　　　Signature:　　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Frank William Garrigan | on behalf of Debtor 1 Edward J. Sosnoski III garriganbankruptcy@gmail.com |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| Michael Patrick Farrington | on behalf of Creditor LOANCARE LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

## Information to identify the case:

| | | |
|---|---|---|
| **Debtor 1** | Edward J. Sosnoski III | Social Security number or ITIN xxx–xx–6225 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| **Debtor 2** (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:23-bk-00724-MJC | |

# Order of Discharge                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward J. Sosnoski III
aka Edward J. Sosnoski, aka Edward John Sosnoski

7/7/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                     **Order of Discharge**                     page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**